UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MIROSLAVA RODRIGUEZ-GRAVA and )
ISAIAS VASQUEZ CISNEROS DE JESUS )
)
    Plaintiffs )
)
v. ) CIVIL NO. SA-07-CA-717-OG
)
)
GEO GROUP, INC.; THE UNITED STATES )
OF AMERICA; FRIO COUNTY, TEXAS; )
and DETENTION COMPLEX LOCAL )
DEVELOPMENT CORPORATION )
)
    Defendants )

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

On this day the Court considered three separate recommendations of United States Magistrate Judge John W. Primomo, filed in the above-styled and numbered cause on May 19, 2009. (Dkt. # 69-71). The parties have been served with copies of the recommendations, and no objections have been filed.[1] Where no party has objected to the Magistrate Judge's recommendation, the Court need not conduct a de novo review. Instead, the Court need only review the recommendation and determine whether it is either clearly erroneous or contrary to law. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989), cert. denied, 492 U.S. 918 (1989).

The Court has reviewed the recommendations and finds them to be neither clearly erroneous nor contrary to law. It is therefore ORDERED that the recommendations of the

---

[1] A party desiring to object to a magistrate judge's findings and recommendations must file and serve written objections within ten days after being served with the recommendations. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Service is made to the last known address of the party or her attorney, and service by mail is complete upon mailing. FED. R. CIV. P. 5(b).

United States Magistrate Judge be and are hereby ACCEPTED pursuant to 28 U.S.C. § 636(b)(1).

It is further ORDERED that Frio County's motion to dismiss and/or motion for summary judgment (Dkt. # 55, 64) is GRANTED, and all claims against Frio County are DISMISSED.

It is further ORDERED that South Texas Detention Complex Local Development Corporation's motion for summary judgment (Dkt. # 56, 65) is GRANTED, and all claims against STDCLDC are DISMISSED.

It is further ORDERED that GEO Group, Inc.'s second motion to dismiss (Dkt. # 39, 45) is GRANTED in part as to Plaintiffs' ADA claim, but otherwise DENIED as to Plaintiffs' claims for negligence, gross negligence, retaliation and discrimination under section 504 of the Rehabilitation Act.

It is further ORDERED that the United States' motion to dismiss (Dkt. # 43, 60) is GRANTED in part as to the breach of contract claim, and DENIED in part as to the claims asserted under the FTCA.

SIGNED on the 12 day of June, 2009.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE