# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| MIROSLAVA RODRIGUEZ-GRAVA and ISAIAS VASQUES CISNEROS § § § Plaintiffs, § § § vs. § § § THE GEO GROUP, INC. AND THE UNITED STATES OF AMERICA § § § § Defendants, § | CIVIL ACTION NO. SA-07-CA-0717-OG |

**PLAINTIFF MIROSLAVA RODRIGUEZ GRAVA'S AMENDED STIPULATION AND NOTICE OF DISMISSAL OF HER CLAIMS AGAINST DEFENDANT UNITED STATES OF AMERICA**

TO THE HONORABLE JUDGE OF SAID COURT:

Purusant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff MIROSLAVA RODRIGUEZ-GRAVA stipulates and gives notice of the dismissal of her claims against Defendant the United States of America <u>with prejudice</u>. Each party will bear their own costs.

Respectfully submitted,

By: _____/s/_____
    Alfonso Otero
    State Bar No. 24009189

Law Offices of Javier N. Maldonado, P.C.
110 Broadway
Suite 510
San Antonio, Texas 78205
(210) 277-1603 Telephone
(210) 225-3958 Telecopier

GONZALEZ & OTERO, LLC
110 Broadway, Suite 510
San Antonio, Texas 78205
(210) 587-4000 Telephone
(210) 587-4001 Telecopier

ATTORNEYS FOR PLAINTIFF
MIROSLAVA RODRIGUEZ-GRAVA

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Debra R. Coletti
      Torts Branch, Civil Division
      U.S. Department of Justice
      P.O. Box 888, Ben Franklin Station
      Washington, D.C. 20044

      /s/
      Alfonso Otero